IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MELANIE BRIGHT,                    * | |
| *  | |
| Plaintiff,            * | |
| vs.                                              *   | No. 4:12-cv-00667-SWW |
| * | |
| * | |
| ARKANSAS INSURANCE    * | |
| DEPARTMENT, Public Employee  * | |
| Claims Division,                       * | |
| * | |
| Defendant.         * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 29th day of October 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE